IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHRISTOPHER ALLEN SHOWS**                                                              **PLAINTIFF**

**v.**                                   **CIVIL ACTION NO. 1:06-cv-00103-LG-RHW**

**GEORGE COUNTY SHERIFF'S DEPARMENT,**
**BOBBY FAIRLEY AND GEORGE COUNTY**
**CORRECTIONAL FACILITY**                                         **DEFENDANTS**

**NOTICE OF VOLUNTARY DISMISSAL**

      **COMES NOW**, the Plaintiff, Christopher Allen Shows, by and through the undersigned counsel of record, and files this Notice of Voluntary Dismissal pursuant to Fed.R.Civ.P. 41, and would show unto this Honorable Court the following, to-wit:

      1.  The Plaintiff, acting *pro se*, filed the Complaint in this action on February 15, 2006. The Plaintiff retained counsel to represent him in the instant action. The Complaint was never served, and the Defendants have not filed an answer or other responsive pleading, and they have not otherwise made an entry of appearance.

      2.  The Plaintiff desires to voluntarily dismiss this case without prejudice, and therefore files this Notice of Voluntary Dismissal.

      Respectfully submitted this 3rd of November, 2006.

                                                  CHRISTOPHER ALLEN SHOWS, PLAINTIFF

                              BY:    s/ Glenn S. Swartzfager
                                          GLENN S. SWARTZFAGER (MSB NO. 9535)

OF COUNSEL:
WALLER & WALLER, ATTORNEYS AT LAW
220 South President Street (39201)
Post Office Box 4
Jackson, Mississippi 39205
Telephone: (601) 354-5252
Facsimile: (601) 354-2681